IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03397-CMA-MJW

JOHN TONEY, and
VALERIE TONEY,

Plaintiffs,

v.

JP MORGAN CHASE BANK, *a National Association*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Stipulated Motion to Stay and Extend the Summary Judgment Motions Deadline and the Pretrial Conference Until Two Weeks After Mediation in This Matter (Docket No. 57) is DENIED.

Date: February 10, 2016